# CONFIDENTIAL
## EXHIBIT 1

"MAXIMUM GROSS SETTLEMENT AMOUNT" means TWO-HUNDRED AND SIXTY THOUSAND DOLLARS AND NO/100 ($260,000.00). Of this amount, the PARTIES propose that $131,000 be allocated to PLAINTIFFS' COUNSEL as PLAINTIFFS' COUNSEL'S COSTS AND FEES. The remaining $129,000 shall be allocated to PLAINTIFFS and OPT-IN PLAINTIFFS as follows:

| NAME | AMOUNT |
|---|---|
| Christy Branham | $6,700 |
| Maurice Burke, Jr. | $3,100 |
| Joseph Caudill | $3,600 |
| Zachary Centers | $4,800 |
| Richie Chesser | $1,900 |
| Matthew Crittendon | $1,900 |
| Stephen Herman | $6,700 |
| Norman Howell | $1,800 |
| Craig Jacobs | $3,600 |
| Gregory Johnson | $7,200 |
| Michael Johnson | $3,700 |
| Donald Lewis | $6,000 |
| Brandon Light | $3,600 |
| Nicholas Little | $7,200 |
| Robert Mitchell | $10,300 |
| Victoria Peters (Montgomery) | $5,500 |
| Deanna Mullins | $1,200 |
| Angel Pascual | $6,100 |
| Rodney Patton | $3,600 |
| Jennifer Ponce | $10,300 |
| Greg Price | $3,000 |
| Karen Smith | $10,800 |
| Amy Tackett | $4,900 |
| Victor Turner | $2,400 |
| Troy Wilson | $9,100 |