## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | | |
|---|---|---|
| **Michael E. Johnson, et al.,** on behalf of themselves and all other similarly-situated current and former employees of Corrections Corporation of America, Inc., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 3:12-cv-00246-JGH |
| **CORRECTIONS CORPORATION OF AMERICA,** | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Before me is the Joint Motion for Approval of Settlement and Dismissal with Prejudice. Upon consideration of the Motion, the Memorandum in Support, and the Settlement Agreement, the Motion for Approval is GRANTED. IT IS ORDERED:

  A. Terms in this APPROVAL ORDER that appear in "all caps" shall have the meaning assigned to them in the SETTLEMENT AGREEMENT.

  B. The COURT has jurisdiction over the claims asserted in the LITIGATION and over the PARTIES to the LITIGATION.

  C. The SETTLEMENT AGREEMENT appears to be adequate, fair and reasonable, and fairly and reasonably resolve a bona fide dispute under the Fair Labor Standards Act (FLSA) and the Kentucky Wage and Hour Act. Accordingly, the SETTLEMENT AGREEMENT is approved on the terms provided therein.

  D. As of the FINAL EFFECTIVE DATE, each of the PLAINTIFFS and OPT-IN PLAINTIFFS shall be deemed to have fully released, acquitted and forever discharged the RELEASED PERSONS, from any and all wage and hour claims of any kind, including but not limited to claims under the FLSA, the Kentucky Act, and/or claims under any other federal, state or local wage and hour law, and including but not limited to claims for unpaid wages, claims for overtime compensation, claims of retaliation, or related claims for liquidated damages, interests, penalties, fees or costs, that each of the PLAINTIFFS and OPT-IN PLAINTIFFS has, had, might have or might have had against any of the RELEASED PERSONS in connection with the PLAINTIFFS' and OPT-IN PLAINTIFF'S employment by DEFENDANT as Assistant Shift Supervisors and/or Shift Supervisors, based on any act or omission that occurred prior to and including the FINAL EFFECTIVE DATE, even if presently unknown and/or un-asserted, and specifically including any claims that were or could have been asserted in the LITIGATION.

  F. The RELEASING PERSONS are hereby permanently enjoined from pursuing any RELEASED CLAIM that any RELEASING PERSON has, had, might have or might have had against any of the RELEASED PERSONS based on any act or omission that occurred up to and including the date the COURT enters this APPROVAL ORDER.

  G. The LITIGATION is dismissed on the merits and with prejudice.

  H. The COURT retains jurisdiction to enforce the SETTLEMENT AGREEMENT.

  I. The clerk is directed to close the file.

IT IS SO ORDERED.

Date: _____, 2013        _____
                    John G. Heyburn II, Judge
                    UNITED STATES DISTRICT JUDGE